**MINUTE ENTRY**
**KNOWLES, M.J.**
**AUGUST 19, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PIONEER NATURAL RESOURCES USA, INC., ET AL**     **CIVIL ACTION**

**VERSUS**     **NO. 05-0224**

**DIAMOND OFFSHORE DRILLING, INC., ET AL**     **SECTION "B" (3)**

On this date, the below listed motions came on for hearing before the undersigned Magistrate Judge, to wit:

(1) Diamond's Motion to Strike Reports of Manders, Busch and Gore #214
(2) Diamond's Motion to Strike Reports of Brown and Mousselli # 216
(3) Diamond's Motion to Exclude Irrelevant/Prejudicial Matters # 256
(4) Plaintiff's Motion to Strike Expert/Report of Ian MacDonald #257
(5) Plaintiff's Motion for Leave to File Rebuttal Report of David Brown #287
(6) Diamond's Motion to Strike SDT to Fugro #282
(7) Plaintiffs' Motion to Compel Production #241
(8) Diamond's Motion for Partial Summary Judgment #215

Present were Donald Abaunza, Keith Jarrett and Mark Latham on behalf of the Plaintiffs and Paul Dobrowski, Lee Larkin, Laura Haley and Robert Guidry on behalf of Defendants. Pursuant to the hearing and for reasons dictated on the record, the Court issued the following orders:

**IT IS ORDERED** that:

(1) Diamond's Motion to Strike Reports of Manders, Busch and Gore #214 are DENIED;

(2) Diamond's Motion to Strike Reports of Brown and Mousselli # 216 are DENIED;

MJSTAR(02:15)

(3) Diamond's Motion to Exclude Irrelevant/Prejudicial Matters # 256 is DENIED;

(4) Plaintiffs' Motion to Strike Expert/Report of Ian MacDonald #257 is DENIED;

(5) Plaintiffs' Motion for Leave to File Rebuttal Report of David Brown and to take Depositions of a Few Witnesses #287 is DENIED IN PART (insofar as Plaintiffs seek leave to file the Rebuttal Report of David Brown) and GRANTED IN PART (insofar as Plaintiffs seek leave to depose two additional fact witnesses).

(6) Diamond's Motion to Strike SDT to Fugro #282 is DENIED.

(7) Plaintiffs' Motion to Compel Production #241 is DENIED.

(8) Diamond's Motion for Partial Summary Judgment #215 is DENIED.

**IT IS FURTHER ORDERED** that Defendants shall be permitted to re-depose plaintiffs' expert metallurgist, Dr. Courtney Busch, regarding his supplemental expert report and to exchange a rebuttal report should the Defendants determine that circumstances warrant same.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**