UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PIONEER NATURAL RESOURCES USA, INC.,** *ET AL.* | * * * | **C.A. NO. 05-0224** |
| | * | **DIVISION (3)** |
| **VERSUS** | * | |
| | * | **28 U.S.C. § 636(c)** |
| **DIAMOND OFFSHORE DRILLING, INC.,** *ET AL.* | * * | |

## PLAINTIFFS' MOTION FOR REVIEW

NOW INTO COURT, through undersigned counsel, come Plaintiffs who move this Court to review the Clerk's award of fees and costs to Diamond. Diamond's fees and costs should be further reduced from $86,059.07 to $81,757.52. For all of the reasons set forth in Plaintiffs' supporting memorandum, Plaintiffs request that their motion be granted.

Respectfully submitted,

/s/ Joseph I. Giarrusso III
Donald R. Abaunza (Bar #2273) T.A.
R. Keith Jarrett (Bar #16984)
Mark D. Latham (Bar #19673)
Joseph I. Giarrusso (Bar #27476)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Telephone:  (504) 581-7979

Attorneys for All Plaintiffs Pioneer Natural Resources USA, Inc., Marathon Oil Company, Nippon Oil Exploration U.S.A. Limited, TOTAL E&P USA, INC., BP Exploration & Production Inc., and Marubeni Oil & Gas (USA) Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Joseph I. Giarrusso III

793497_1.DOC