UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PIONEER NATURAL RESOURCES | § | |
| USA, INC.; MARATHON OIL COMPANY; | § | CIVIL ACTION NO. 05-0224 |
| NIPPON OIL EXPLORATION U.S.A. LIMITED; | § | SECTION "B" |
| TOTAL E&P USA, INC.; BP EXPLORATION | § | MAGISTRATE "3" |
| & PRODUCTION, INC.; and MARUBENI OIL | § | |
| & GAS (USA), INC. | § | |
| | § | |
| v. | § | |
| | § | |
| DIAMOND OFFSHORE COMPANY and | § | MAGISTRATE JUDGE, |
| DIAMOND OFFSHORE (TRINIDAD) L.L.C. | § | DANIEL KNOWLES, III |

## MOTION TO REVIEW CLERK'S REFUSAL TO TAX VIDEO TECHNICIAN COSTS

1.      Defendants Diamond Offshore Company and Diamond Offshore (Trinidad) L.L.C. ("Defendants" or "Diamond Offshore") file this Motion to Review the District Clerk's Refusal to Tax Video Technician Costs:

2.      As more fully set forth in Diamond's memorandum in support of its motion, the ruling by the District Clerk should be reversed and the Clerk be ordered to tax the video technology costs of $90,639.59 against Plaintiffs as costs being necessarily incurred by Diamond Offshore in exemplification of evidence to the Court, in addition to the costs of $86,059.07 already assessed (for a total of $176,698.66).

3.      For the reasons set forth in Diamond motion and supporting memorandum, which

is incorporated herein by reference, Diamond requests that the judgment be amended.

Respectfully submitted,

/s/  Robert E. Guidry
Deborah D. Kuchler  (#17013)
Robert E. Guidry (#28064)
KUCHLER POLK
1615 Poydras Street, Suite 1300
New Orleans, Louisiana  70112
Tel:     (504) 592-0691
Fax:     (504) 592-0697

and

Paul J. Dobrowski  (*admitted pro hac vice*)
Lee M. Larkin  (*admitted pro hac vice*)
Anthony D. Weiner  (*admitted pro hac vice*)
DOBROWSKI L.L.P.
1010 Lamar, Suite 1350
Houston, Texas  77002
Tel:     (713) 659-2900
Fax:     (713) 659-2908
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 8th day of October, 2009 filed electronically a true copy of the foregoing pleading.  All parties received notice of this filing by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.  Additionally, true and correct copies of the foregoing were served by facsimile and U.S. Mail to non-participants of the CM/ECF system.

/s/  Robert E. Guidry